UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Benjamin Holly,<br><br>  Plaintiff<br><br>v.<br><br>Nye County Sheriff's Dept.,<br><br>  Defendant | 2:16-cv-02607-JAD-VCF<br><br>**Order Adopting Report and Recommendation and Dismissing Complaint without Prejudice**<br><br>[ECF No. 5] |

  Pro se plaintiff Benjamin Holly brings this civil-rights action against the Nye County Sheriff's Department. On December 5, 2016, Magistrate Judge Ferenbach granted Holly's application to proceed *in forma pauperis* and screened Holly's complaint. The magistrate judge recommends that I dismiss Holly's complaint without prejudice and with leave to amend because the Nye County Sheriff's Department is not a proper target for Holly's § 1983 claims and it is the only named defendant. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[1] Objections to the magistrate judge's report and recommendation were due by December 22, 2016, and Holly has not filed an objection or requested an extension to do so.

  Accordingly, with good cause appearing and no reason to delay, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the magistrate judge's report and recommendation **[ECF No. 5] is ADOPTED**. The complaint **[ECF No. 6] is DISMISSED without prejudice and with leave to amend.** If Holly wishes to file an amended complaint curing the deficiencies outlined in the magistrate judge's report and recommendation, he must do so by **February 3, 2017.** If Holly does not file an amended complaint by this deadline, this case will be dismissed with prejudice and without further notice.

---

[1] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

The Clerk of Court is directed not to issue summons on the amended complaint. The court will screen the amended complaint and address the issuance of summons at that time if necessary.

Dated this 4th day of January, 2017.

_____
Jennifer A. Dorsey
United States District Judge